NUMBER
13-05-180-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

__________________________________________________________________

 

MAURELIO MONCEVAIS,                                          Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                  On
appeal from the 105th District Court 

                           of
Kleberg County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, MAURELIO MONCEVAIS,
perfected an appeal from a judgment entered by the 105th
District Court of Kleberg County, Texas,  in cause number 01-CRF-382-3.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

Memorandum Opinion
delivered and filed this

the 5th
day of January, 2006.